L. JULIUS M. TURMAN, State Bar No. 226126
ADELMISE ROSEMÉ WARNER, State Bar No. 215385
PHILIP J. SMITH (State Bar No. 232462)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, California 94105-1126
Telephone: 415.442.1000
Facsimile: 415.442.1001
E-mail: jturman@morganlewis.com
       adelmise.warner@morganlewis.com
       philip.smith@morganlewis.com

Attorneys for Defendant,
WAL-MART STORES, INC.

DAVID OFFEN-BROWN, State Bar No. 063321
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone: 415.625.5652
Facsimile: 415.625.5657
Email: David.Offen-Brown@eeoc.gov

Attorneys for Plaintiff,
DAVID GALLO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>WAL-MART STORES, INC.,<br><br>　　　　　　Defendant. | Case No. 11-CV-03327-JAM-CKD<br><br>**AMENDED STIPULATION AND ORDER CONTINUING TRIAL DATE**<br><br>Date of Filing:　　December 15, 2011 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

AMENDED STIPULATION AND
[PROPOSED] ORDER CONTINUING
TRIAL DATE
CASE NO. 11-CV-03327-JAM-CKD

Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") and Defendant Wal-Mart Stores, Inc. ("Defendant") (collectively, the "Parties") hereby stipulate, by and through their respective counsel, as follows:

WHEREAS, the Court's March 13, 2012 Status (Pre-trial Scheduling) Order ("Status Order") for this matter set various procedural deadlines and dates including setting the date of trial for **March 25, 2013**;

WHEREAS, the Parties agreed to participate in private mediation, with Daniel J. McVeigh, on September 11, 2012;

WHEREAS, prior to mediation, Plaintiff served its first of document requests upon Defendant;

WHEREAS, Defendant timely responded to Plaintiff's first set of document requests and, *inter alia*, asserted objections and requested the Parties meet and confer regarding the scope of certain of Plaintiff's document requests;

WHEREAS, the Parties commenced and are continuing to meet and confer regarding the scope of certain of Plaintiff's document requests;

WHEREAS, the Parties will not have concluded their meet and confer efforts prior to September 11, 2012 mediation;

WHEREAS, the Parties desire to conclude and resolve all discovery issues and responses prior to mediation to ensure the most meaningful and productive mediation session possible;

WHEREAS, the Parties have agreed to reschedule mediation to October 15, 2012, in order to conclude and complete outstanding discovery requests prior to mediation;

WHEREAS, various procedural deadlines and dates, pursuant to the Status Order, are imminent and will occur prior to, or close in time to, the Parties' rescheduled mediation date;

WHEREAS, the Parties have proceeded with reasonable diligence to take all steps necessary to bring this action to issue and trial on March 25, 2013;

WHEREAS, the Parties nevertheless desire to avoid, for themselves and for the Court, incurring potentially unnecessary costs and expenses (including costs and expenses related to

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

AMENDED STIPULATION AND
[PROPOSED] ORDER CONTINUING
TRIAL DATE
CASE NO. 11-CV-03327-JAM-CKD

C:\Users\MP071765\Desktop\New Folder\WAL_EEO --

additional fact as well as expert discovery) prior to mediation, in the event this matter is resolved at mediation;

WHEREAS, on September 20, 2012, the Parties submitted a Stipulation and Proposed Order Continuing the Trial Date, proposing changes to the current procedural schedule;

WHEREAS, on September 20, 2012, the Court reviewed the Parties Stipulation and Proposed Order Continuing the Trial Date and suggested certain revisions to the Parties' proposed changes to the current procedural schedule;

THEREFORE, the Parties stipulate to continue the trial date, by a period of eight weeks, from March 23, 2013 to **May 20, 2013 at 9:00 a.m.**;

THEREFORE, the Parties stipulate to continue the deadline for expert witness disclosures, by a period of seven weeks, from September 7, 2012, to **October 26, 2012**;

THEREFORE, the Parties stipulate to continue the deadline for supplemental disclosure and disclosure of any rebuttal experts, by a period of nine weeks, from September 14, 2012, to **November 16, 2012**, to ensure the Parties have sufficient time to retain and utilize rebuttal experts following the deadline for expert witness disclosures;

THEREFORE, the Parties stipulate to continue the deadline for discovery, by a period of seven weeks, from November 2, 2012, to **December 21, 2012**;

THEREFORE, the Parties stipulate to set the deadline for filing dispositive motions to **January 23, 2013**;

THEREFORE, the Parties stipulate that the hearing for dispositive motions will be on **February 20, 2013 at 9:30 a.m.**;

THEREFORE, the Parties stipulate the deadline to file a joint pretrial conference statement will be **April 3, 2013**; and

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

AMENDED STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL DATE
CASE NO. 11-CV-03327-JAM-CKD

C:\Users\MP071765\Desktop\New Folder\WAL_EEO --

1  THEREFORE, the Parties stipulate the Final Pretrial Conference will be held on **April
2  10, 2013 at 4:00 p.m**.

3  IT IS SO STIPULATED.

Dated: September 21, 2012                MORGAN, LEWIS & BOCKIUS LLP

By:   /s/ L. Julius M. Turman
    L. JULIUS M. TURMAN
    ADELMISE ROSEMÉ WARNER
    PHILIP J. SMITH
    Attorneys for Defendant
    WAL-MART STORES, INC.

Dated: September 21, 2012                U.S. EQUAL EMPLOYMENT
    OPPORTUNITY COMMISSION

By   /s/ David Offen-Brown
    DAVID OFFEN-BROWN
    Attorneys for Plaintiff
    DAVID GALLO

IT IS SO ORDERED.

Dated:  9/21/2012                /s/ John A. Mendez
    HON. JOHN A. MENDEZ
    United States District Court Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

AMENDED STIPULATION AND
[PROPOSED] ORDER CONTINUING
TRIAL DATE
CASE NO. 11-CV-03327-JAM-CKD

C:\Users\MP071765\Desktop\New Folder\WAL_EEO --
Amended Stipulation and Proposed Order Continuing Trial