L. JULIUS M. TURMAN, State Bar No. 226126
ADELMISE ROSEMÉ WARNER, State Bar No. 215385
PHILIP J. SMITH (State Bar No. 232462)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, California  94105-1126
Telephone:     415.442.1000
Facsimile:      415.442.1001
E-mail:   jturman@morganlewis.com
              adelmise.warner@morganlewis.com
              philip.smith@morganlewis.com

Attorneys for Defendant,
WAL-MART STORES, INC.

DAVID OFFEN-BROWN, State Bar No. 063321
U.S. EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone: 415.625.5652
Facsimile: 415.625.5657
Email:  David.Offen-Brown@eeoc.gov

Attorneys for Plaintiff,
DAVID GALLO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Case No. 11-CV-03327-JAM-CKD<br><br>**AMENDED STIPULATION AND ORDER CONTINUING TRIAL DATE**<br><br>Date of Filing:         December 15, 2011 |

1    Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") and Defendant

2  Wal-Mart Stores, Inc. ("Defendant") (collectively, the "Parties") hereby stipulate, by and through

3  their respective counsel, as follows:

4    WHEREAS, the Court's March 13, 2012 Status (Pre-trial Scheduling) Order ("Status

5  Order") for this matter set various procedural deadlines and dates including setting the date of

6  trial for **March 25, 2013**;

7    WHEREAS, the Parties agreed to participate in private mediation, with Daniel J.

8  McVeigh, on September 11, 2012;

9    WHEREAS, prior to mediation, Plaintiff served its first of document requests upon

10  Defendant;

11    WHEREAS, Defendant timely responded to Plaintiff's first set of document requests and,

12  *inter alia*, asserted objections and requested the Parties meet and confer regarding the scope of

13  certain of Plaintiff's document requests;

14    WHEREAS, the Parties commenced and are continuing to meet and confer regarding the

15  scope of certain of Plaintiff's document requests;

16    WHEREAS, the Parties will not have concluded their meet and confer efforts prior to

17  September 11, 2012 mediation;

18    WHEREAS, the Parties desire to conclude and resolve all discovery issues and responses

19  prior to mediation to ensure the most meaningful and productive mediation session possible;

20    WHEREAS, the Parties have agreed to reschedule mediation to October 15, 2012, in order

21  to conclude and complete outstanding discovery requests prior to mediation;

22    WHEREAS, various procedural deadlines and dates, pursuant to the Status Order, are

23  imminent and will occur prior to, or close in time to, the Parties' rescheduled mediation date;

24    WHEREAS, the Parties have proceeded with reasonable diligence to take all steps

25  necessary to bring this action to issue and trial on March 25, 2013;

26    WHEREAS, the Parties nevertheless desire to avoid, for themselves and for the Court,

27  incurring potentially unnecessary costs and expenses (including costs and expenses related to

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

C:\Users\MP071765\Desktop\New Folder\WAL_EEO --

2

AMENDED STIPULATION AND
[PROPOSED] ORDER CONTINUING
TRIAL DATE
CASE NO. 11-CV-03327-JAM-CKD

1   additional fact as well as expert discovery) prior to mediation, in the event this matter is resolved

2   at mediation;

3        WHEREAS, on September 20, 2012, the Parties submitted a Stipulation and Proposed

4   Order Continuing the Trial Date, proposing changes to the current procedural schedule;

5        WHEREAS, on September 20, 2012, the Court reviewed the Parties Stipulation and

6   Proposed Order Continuing the Trial Date and suggested certain revisions to the Parties' proposed

7   changes to the current procedural schedule;

8        THEREFORE, the Parties stipulate to continue the trial date, by a period of eight weeks,

9   from March 23, 2013 to **May 20, 2013 at 9:00 a.m.**;

10        THEREFORE, the Parties stipulate to continue the deadline for expert witness disclosures,

11   by a period of seven weeks, from September 7, 2012, to **October 26, 2012**;

12        THEREFORE, the Parties stipulate to continue the deadline for supplemental disclosure

13   and disclosure of any rebuttal experts, by a period of nine weeks, from September 14, 2012, to

14   **November 16, 2012**, to ensure the Parties have sufficient time to retain and utilize rebuttal

15   experts following the deadline for expert witness disclosures;

16        THEREFORE, the Parties stipulate to continue the deadline for discovery, by a period of

17   seven weeks, from November 2, 2012, to **December 21, 2012**;

18        THEREFORE, the Parties stipulate to set the deadline for filing dispositive motions to

19   **January 23, 2013**;

20        THEREFORE, the Parties stipulate that the hearing for dispositive motions will be on

21   **February 20, 2013 at 9:30 a.m.**;

22        THEREFORE, the Parties stipulate the deadline to file a joint pretrial conference

23   statement will be **April 3, 2013**; and

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

C:\Users\MP071765\Desktop\New Folder\WAL_EEO --
Amended Stipulation and Proposed Order Continuing Trial

3

1    THEREFORE, the Parties stipulate the Final Pretrial Conference will be held on **April**

2    **10, 2013 at 4:00 p.m**.

3    IT IS SO STIPULATED.

4

5    Dated: September 21, 2012                    MORGAN, LEWIS & BOCKIUS LLP

6

7                                                 By:   */s/ L. Julius M. Turman*

8                                                 L. JULIUS M. TURMAN
                                                  ADELMISE ROSEMÉ WARNER
                                                  PHILIP J. SMITH
9                                                 Attorneys for Defendant
                                                  WAL-MART STORES, INC.
10

11   Dated: September 21, 2012                    U.S. EQUAL EMPLOYMENT
                                                  OPPORTUNITY COMMISSION
12

13                                                By    /s/ David Offen-Brown

14                                                DAVID OFFEN-BROWN
                                                  Attorneys for Plaintiff
15                                                DAVID GALLO

16

17

18   IT IS SO ORDERED.

19   Dated:   9/21/2012                           /s/ John A. Mendez

20                                                HON. JOHN A. MENDEZ
                                                  United States District Court Judge
21

22

23

24

25

26

27

28

C:\Users\MP071765\Desktop\New Folder\WAL_EEO --
Amended Stipulation and Proposed Order Continuing Trial

AMENDED STIPULATION AND
[PROPOSED] ORDER CONTINUING
TRIAL DATE
CASE NO. 11-CV-03327-JAM-CKD