L. JULIUS M. TURMAN, State Bar No. 226126
ADELMISE ROSEMÉ WARNER, State Bar No. 215385
PHILIP J. SMITH (State Bar No. 232462)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, California 94105-1126
Telephone:   415.442.1000
Facsimile:   415.442.1001
E-mail:   jturman@morganlewis.com
           adelmise.warner@morganlewis.com
           philip.smith@morganlewis.com

Attorneys for Defendant,
WAL-MART STORES, INC.

**WILLIAM R. TAMAYO, SBN 084965 (CA)**
**JOHNATHAN T. PECK, SB 12303 (VA)**
**MARCIA L. MITCHELL, SBN 18122 (WA)**
DAVID F. OFFEN-BROWN, State Bar No. 063321
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone: 415.625.5652
Facsimile: 415.625.5657
Email: David.Offen-Brown@eeoc.gov

Attorneys for Plaintiff EEOC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                Plaintiff,<br><br>        v.<br><br>WAL-MART STORES, INC.,<br><br>                Defendant. | Case No. 11-CV-03327-JAM-CKD<br><br>**STIPULATION AND ORDER CONTINUING TRIAL DATE**<br><br>Complaint Filed:   December 15, 2011 |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
CONTINUING TRIAL DATE
CASE NO. 11-CV-03327-JAM-CKD

Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") and Defendant Wal-Mart Stores, Inc. ("Defendant") (collectively, the "Parties") hereby stipulate, by and through their respective counsel, as follows:

WHEREAS, the Court's September 21, 2012 Status (Pre-trial Scheduling) Order ("Status Order") for this matter set various procedural deadlines and dates including setting the date of trial for **May 20, 2013**;

WHEREAS, the Parties agreed to stay certain fact discovery served or contemplated prior to mediation, to avoid incurring unnecessary fees and costs responding to and conducting such discovery should the matter be resolved at mediation;

WHEREAS, the Parties participated in mediation, with Daniel J. McVeigh, on October 22, 2012, but did not resolve this matter;

WHEREAS, following mediation, the Parties resumed fact discovery and propounded additional written discovery requests as well as sought to meet and confer regarding the scheduling of depositions on mutually available dates;

WHEREAS, the current deadline for fact discovery is December 21, 2012;

WHEREAS, defense counsel has limited availability to schedule depositions on or before December 21, 2012, because they are scheduled to take or defend approximately 25 to 30 depositions, in the latter half of November through December 2012, in other actions;

WHEREAS, defense counsel will thereafter be preparing for trial scheduled to begin on February 25, 2012;

WHEREAS, the Parties have proceeded with reasonable diligence to take all steps necessary to bring this action to issue and trial on March 25, 2013;

WHEREAS, the Parties desire to complete all fact discovery necessary to properly prepare their respective cases in this matter;

WHEREAS, despite the Parties' good faith efforts to meet and confer to schedule depositions on or before December 21, 2012, the Parties have not been able to schedule

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 23689620.1

2

STIPULATION AND [PROPOSED] ORDER
CONTINUING TRIAL DATE
CASE NO. 11-CV-03327-JAM-CKD

1  depositions on mutually available dates due to the limited availability of defense counsel prior to
2  December 21, 2012;

3      WHEREAS, various procedural deadlines and dates, pursuant to the Status Order, are
4  related to, or contingent upon, the Parties completing fact discovery by December 21, 2012;

5      WHEREAS, Plaintiff's counsel, for personal reasons, requests the trial take place after
6  next Summer;

7      THEREFORE, the Parties stipulate to continue the trial date from May 20, 2013 to
8  **September 23, 2013**;

9      THEREFORE, the Parties stipulate to continue the deadline for discovery, by a period of
10 twelve weeks, from December 21, 2012 to **March 15, 2013**;

11     THEREFORE, the Parties stipulate to set the deadline for filing dispositive motions to
12 **April 17, 2013**;

13     THEREFORE, the Parties stipulate that the hearing for dispositive motions will be on
14 **May 15, 2013 at 9:30 a.m.**;

15     THEREFORE, the Parties stipulate the deadline to file a joint pretrial conference
16 statement will be **August 9, 2013**; and

17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 23689620.1

3

STIPULATION AND [PROPOSED] ORDER
CONTINUING TRIAL DATE
CASE NO. 11-CV-03327-JAM-CKD

THEREFORE, the Parties stipulate the Final Pretrial Conference will be held on **August 16, 2013 at 11:00 a.m**.

IT IS SO STIPULATED.

Dated: November 19, 2012                    MORGAN, LEWIS & BOCKIUS LLP


By:  /s/ L. Julius M. Turman
L. JULIUS M. TURMAN
ADELMISE ROSEMÉ WARNER
PHILIP J. SMITH
Attorneys for Defendant
WAL-MART STORES, INC.

Dated: November 19, 2012                    U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION


By  /s/ David F. Offen-Brown
DAVID F. OFFEN-BROWN
Attorneys for Plaintiff EEOC


IT IS SO ORDERED.

Dated:   11/27/2012                    /s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 23689620.1

4

STIPULATION AND [PROPOSED] ORDER
CONTINUING TRIAL DATE
CASE NO. 11-CV-03327-JAM-CKD