L. JULIUS M. TURMAN (State Bar No. 226126)
PHILIP J. SMITH (State Bar No. 232462)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, California 94105-1126
Telephone: 415.442.1000
Facsimile: 415.442.1001
E-mail: jturman@morganlewis.com
philip.smith@morganlewis.com

Attorneys for Defendant,
WAL-MART STORES, INC.

WILLIAM R. TAMAYO, SBN 084965 (CA)
JOHNATHAN T. PECK, SB 12303 (VA)
MARCIA L. MITCHELL, SBN 18122 (WA)
DAVID F. OFFEN-BROWN, State Bar No. 063321
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone: 415.625.5652
Facsimile: 415.625.5657
Email: David.Offen-Brown@eeoc.gov

Attorneys for Plaintiff EEOC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Case No. 11-CV-03327-JAM-CKD<br><br>**STIPULATION AND ORDER EXTENDING FACT DISCOVERY DEADLINE**<br><br>Complaint Filed: December 15, 2011 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
EXTENDING FACT DISCOVERY
DEADLINE
CASE NO. 11-CV-03327-JAM-CKD

1  Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") and Defendant
2  Wal-Mart Stores, Inc. ("Defendant") (collectively, the "Parties") hereby stipulate, by and through
3  their respective counsel, as follows:

4  WHEREAS, the Court's November 28, 2012 Order ("Order") for this matter set various
5  procedural deadlines and dates including setting the deadline for fact discovery to March 15,
6  2013;

7  WHEREAS, the EEOC propounded certain document requests, seeking production prior
8  to the March 15, 2013 fact discovery deadline;

9  WHEREAS, the Parties met and conferred in good faith regarding certain of the EECO's
10 document requests and have reached an agreement regarding the scope of documents to be
11 produced by Defendant;

12 WHEREAS, Defendant has notified the EEOC that Defendant is diligently working to
13 produce the agreed upon documents but will not be able to complete its production by the March
14 15, 2013 fact discovery deadline;

15 WHEREAS, the EEOC noticed the deposition of Wal-Mart employee Ben Souza to be
16 held prior to the March 15, 2013 fact discovery deadline;

17 WHEREAS, the Parties met and conferred in good faith to reschedule Mr. Souza's
18 deposition for March 18, 2013, three days after the March 15, 2013 fact discovery deadline;

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 23956359.1

2

STIPULATION AND [PROPOSED] ORDER
EXTENDING FACT DISCOVERY
DEADLINE
CASE NO. 11-CV-03327-JAM-CKD

THEREFORE, the Parties stipulate to continue the deadline for fact discovery, by a period of three weeks, from March 15, 2013 to **April 5, 2013**; we request that no other dates or deadlines be changed.

IT IS SO STIPULATED.

Dated: March 13, 2013     MORGAN, LEWIS & BOCKIUS LLP

By: /s/ L. Julius M. Turman
L. JULIUS M. TURMAN
PHILIP J. SMITH
Attorneys for Defendant
WAL-MART STORES, INC.

Dated: March 13, 2013     U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By /s/ David F. Offen-Brown
DAVID F. OFFEN-BROWN
Attorneys for Plaintiff EEOC

IT IS SO ORDERED.

Dated: 3/13/2013     /s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 23956359.1

3

STIPULATION AND [PROPOSED] ORDER EXTENDING FACT DISCOVERY DEADLINE
CASE NO. 11-CV-03327-JAM-CKD