WILLIAM R. TAMAYO, SBN 084965 (CA)
JOHNATHAN T. PECK, SB 12303 (VA)
MARCIA L. MITCHELL, SBN 18122 (WA)
DAVID F. OFFEN-BROWN, SBN 063321 (CA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone:  415.625.5652
Facsimile:  415.625.5657
Email:  David.Offen-Brown@eeoc.gov

Attorneys for Plaintiff
EEOC

MORGAN, LEWIS & BOCKIUS LLP
ERIC MECKLEY, State Bar No. 168181
ADELMISE ROSEMÉ WARNER, State Bar No. 215385
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
emeckley@morganlewis.com
adelmise.warner@morganlewis.com

Attorneys for Defendant
WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Case No. 11-CV-03327-JAM-CKD<br><br>**STIPULATION AND ORDER WAIVING DISQUALIFICATION OF MAGISTRATE JUDGE CAROLYN K. DELANEY** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. 11-CV-03327-JAM-CKD

**STIPULATION AND [PROPOSED] ORDER
WAIVING DISQUALIFICATION OF MAGISTRATE JUDGE CAROLYN K. DELANEY**

DB2/ 24178682.1

**STIPULATION**

WHEREAS, Plaintiff U.S. Equal Employment Opportunity Commission and Defendant Wal-Mart Stores, Inc. (collectively "the Parties") wish to engage in a settlement conference before Magistrate Judge Carolyn K. Delaney; and

WHEREAS, the Court has scheduled a settlement conference for July 12, 2013 at 9:30 a.m.

NOW THEREFORE, THE PARTIES HEREBY STIPULATE THAT,

Pursuant to Local Rule 270(b), the parties hereby waive any claim of disqualification of Magistrate Judge Carolyn K. Delaney to hear discovery matters or to otherwise act as a Magistrate Judge in this action, based on her participation in the settlement conference.

Dated: June 19, 2013        U.S. EQUAL EMPLOYMENT
                            OPPORTUNITY COMMISSION


                            By   */s/ David F. Offen-Brown*
                               DAVID F. OFFEN-BROWN
                               Attorneys for Plaintiff EEOC


Dated: June 19, 2013        MORGAN, LEWIS & BOCKIUS LLP


                            By:   */s/ Adelmise R. Warner*
                               ERIC MECKLEY
                               ADELMISE ROSEMÉ WARNER
                               Attorneys for Defendant
                               WAL-MART STORES, INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1        Case No. 11-CV-03327-JAM-CKD
**STIPULATION AND [PROPOSED] ORDER
WAIVING DISQUALIFICATION OF MAGISTRATE JUDGE CAROLYN K. DELANEY**

DB2/ 24178682.1

**ORDER**

Pursuant to the stipulation of the parties and for good cause appearing, IT IS SO ORDERED that the waiver of disqualification of Hon. Carolyn K. Delaney is accepted.

Dated: 6/19/2013            /s/ John A. Mendez
                                      HON. JOHN A. MENDEZ
                                      United States District Court Judge